IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OTIS WATSON, III**                                                                                                    **PLAINTIFF**

v.                                            CASE NO. 4:23-CV-00877-BSM

**AMERICA'S CAR-MART**                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE